IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY LYN STEVENSON, SR** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 15-5933** |
| : | |
| **GREAT VALLEY SCHOOL** : | |
| **DISTRICT** : | |
| **Defendant.** : | |
| : | |

## DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Pursuant to EDPA Local Rule 83.6, Defendant, Great Valley School District (the "District"), by and through its undersigned counsel, hereby moves the Court for a protective order preventing Attorney Glenn H. Stephens III from contacting the Defendant or its employees outside of the discovery process and harassing the District by posting inflammatory comments on District operated social media outlets.

In support of its Motion, Defendant relies upon and incorporates herein by reference its Brief in Support of Motion for filed simultaneously herewith.

**WHEREFORE**, Defendant Great Valley School District requests that the Court enter an Order in the form attached.

                                                            **WISLER PEARLSTINE, LLP**

                                       **By:** s/ Michael D. Kristofco
                                       **MICHAEL D. KRISTOFCO, ESQUIRE**
                                       Pa. Bar No. 73148
                                       460 Norristown Road, Suite 110
                                       Blue Bell, PA 19422
                                       (610) 825-8400
Dated: September 28, 2016            *Attorneys for Defendant,*
                                       *Great Valley School District*

{01316216 }