IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY LYN STEVENSON, SR**<br>      **Plaintiff,** | :<br>:<br>: |
| **v.** | : **CIVIL ACTION NO. 15-5933** |
| | : |
| **GREAT VALLEY SCHOOL DISTRICT**<br>      **Defendant.** | :<br>:<br>:<br>: |

## ORDER

**AND NOW,** this _____ day of _____, 2016, upon consideration of the Defendant's Motion for a Protective Order, and the response thereto, if any, it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED** and that Attorney Glenn H. Stephens III is prohibited from

(a)   directly contacting the Defendant or its employees concerning this matter, other than the Plaintiff, outside of the normal discovery process; and

(b)   posting comments related in any way to the subject of this litigation on District maintained social media outlets, including the District's Facebook page.

Failure to comply with this Order may subject Attorney Stephens to sanctions and/or revocation of his *pro hac vice* status.

_____
                                                                                                                J.

{01316216 }