IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LYN STEVENSON, SR : |  |
|     Plaintiff, : |  |
| : |  |
|     v. : | CIVIL ACTION NO. 15-5933 |
| : |  |
| GREAT VALLEY SCHOOL : |  |
| DISTRICT  : |  |
|     Defendant. : |  |
| : |  |

## CERTIFICATE OF SERVICE

    I, Michael D. Kristofco, certify that on September 28, 2016, a true and correct copy of Defendant Great Valley School District's Motion for a Protective Order, Brief in Support of the Motion, and the Proposed Order was filed electronically and is available for viewing and downloading from the ECF system.

    WISLER PEARLSTINE, LLP


    **By:** s/ Michael D. Kristofco
    **MICHAEL D. KRISTOFCO, ESQUIRE**
    Pa. Bar No. 73148
    460 Norristown Road, Suite 110
    Blue Bell, PA 19422
    (610) 825-8400
    *Attorneys for Defendant,*
    *Great Valley School District*

{01316216 }