IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY LYN STEVENSON,
    Plaintiff

CIVIL ACTION NO.: 15-5933

vs.

GREAT VALLEY SCHOOL DISTRICT
    Defendant

## QUALIFIED PROTECTIVE ORDER

AND NOW, this 14th day of October 2016, pursuant to Plaintiff's Motion, the Court hereby enters this Qualified Protective Order pursuant to the Privacy Rules implementing the HIPAA at 45 CFR §164.512(e):

1. In response to a discovery request or subpoena which is served under the Rules of Civil Procedure, the parties to this litigation and/or their counsel are permitted to obtain protected health information (hereinafter "PHI" from any health care provider/covered entity (hereinafter "covered entity") who rendered treatment to plaintiff or made payment for treatment on their behalf;

2. The parties and/or their counsel are prohibited from using any PHI obtained with this Qualified Protective Order (QPO) for any purpose other than this litigation; except that, nothing herein shall be construed to apply to, or impair the rights of, a party individual who is the subject of PHI that is covered by the QPO to use or disclose PHI that is solely about the party individual.

3. At the end of this litigation (including any and all appeals), the parties and/or their counsel will either return the PHI to the covered entity or destroy the PHI (including all copies made);

4. In conjunction with this litigation, the parties and/or their counsel are permitted to redisclose PHI to persons and/or entities including the following: any party to the litigation, counsel for any party to the litigation, non-expert witnesses, expert witnesses, counsel for any non-party to the litigation, the insurance carrier(s) for any party to the litigation, the M-CARE Fund, any other person permitted by other order of this Court and the Court.

5. Any person or entity who receives PHI pursuant to paragraph 4 of this Qualified Protective Order is prohibited from using the PHI for any purpose other than this litigation;

6. Any person or entity who receives PHI pursuant to paragraph 4 of this QPO must return the PHI to the covered entity or destroy the PHI (including all copies made) at the conclusion of the litigation.

BY THE COURT:

s/Richard A. Lloret

Richard A. Lloret
U.S.M.J.