IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY LYN STEVENSON, SR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   15-5933 |
| | : | |
| **GREAT VALLEY SCHOOL DISTRICT** | : | |

## RULE TO SHOW CAUSE

**AND NOW,** this 18th day of November, 2016, **IT IS HEREBY ORDERED** that a **Rule** is **GRANTED** on counsel for plaintiff, Glenn H. Stephens, Esq, to **show cause** why he should not be **held in contempt and/or otherwise be sanctioned** for failing to appear at two status conferences with opposing counsel and the Court (August 8, 2016 and November 17, 2016).

A hearing will be held on **Friday, December 9, 2016 at 10:00 a.m.,** at the Reading Station, the Madison Building, 400 Washington Street, Reading, Pa. At the conclusion of the hearing, the Court will hear oral argument on the defendants' motion to dismiss the second amended complaint.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.