IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ANTHONY LYN STEVENSON,**
    **Plaintiff**

    **vs.**                                                          **CIVIL ACTION NO.: 15-5933**

**GREAT VALLEY SCHOOL DISTRICT**          November 22, 2016
    **Defendant**

### NOTICE OF WITHDRAWAL

With Plaintiff's consent, Dr. Stephens provides notice of his withdrawal under Rule 5.1.

Plaintiff has begun searching for a local counsel to provide representation along with Ms. Meisler.

                                                     Respectfully, submitted,

                                                     __/s/___
                                                     Glenn Stephens III, Ph.D., Esq.
                                                     201 East Fairfax 302
                                                     Falls Church VA 22056
                                                     Drghs3@gmail.com
                                                     202-258-6521

## CERTIFICATE OF SERVICE

I certify that on November 22, 2016, a true, correct copy of the above was e-filed and thereby served on:

Michael Kristofco, Silvia Diaz, Esq.
Wisler Pearlstine, LLP
PA Bar No. 312435
460 Norristown Road, Suite 110 Blue Bell, PA  19422
(610) 825- 8400
sdiaz@wispearl.com
Attorney for Defendant, Great Valley School District

Judge Jeffrey L. Schmehl
c/o Michael Kunz, Clerk of Court
U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
(215) 597-7704
PAED_clerksoffice@paed.uscourts.gov

*/S/ Glenn Stephens*   **11/22/2016**
Glenn Stephens Ph.D., Esq.
201 East Fairfax 302
Falls Church VA  22056
202-258-6521
Drghs3@gmail.com