IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY LYN STEVENSON,
     Plaintiff

vs.                                              CIVIL ACTION NO.: 15-5933

GREAT VALLEY SCHOOL DISTRICT         November 22, 2016
     Defendant

## RESPONSE TO ORDER

Judge Lloret's Order ECF No. 58 is moot. With the withdrawal of Dr. Stephens for this case, Mr. Stevenson's defense from the District's past and present unlawful, discriminatory conduct rests in the hands of Mr. Stevenson's union representatives, Mr. Stevenson's counsels and Mr. Stevenson.

Aside from any assistance to Mr. Stevenson required by professional ethics rules related to withdrawal, Dr. Stephens role in this case ends today – particularly contact with District employees about this or other cases or social media posts related to this or other cases.

In the event that any further communication is needed or required about this or any other case involving the District or its employees, Dr. Stephens will communicate with Mr. Kristofco.

                                                                     Respectfully, submitted,

                                                                     __/s/___
                                                                     Glenn Stephens III, Ph.D., Esq.
                                                                     201 East Fairfax 302
                                                                     Falls Church VA 22056
                                                                     Drghs3@gmail.com
                                                                     202-258-6521

## CERTIFICATE OF SERVICE

I certify that on November 22, 2016, a true, correct copy of the above was e-filed and thereby served on:

Michael Kristofco, Silvia Diaz, Esq.
Wisler Pearlstine, LLP
PA Bar No. 312435
460 Norristown Road, Suite 110 Blue Bell, PA  19422
(610) 825- 8400
sdiaz@wispearl.com
Attorney for Defendant, Great Valley School District

Judge Jeffrey L. Schmehl
c/o Michael Kunz, Clerk of Court
U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797
(215) 597-7704
PAED_clerksoffice@paed.uscourts.gov

/S/ Glenn Stephens   **11/22/2016**
Glenn Stephens Ph.D., Esq.
201 East Fairfax 302
Falls Church VA  22056
202-258-6521
Drghs3@gmail.com