**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY LYN STEVENSON, SR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.   15-5933 |
| | : | |
| **GREAT VALLEY SCHOOL DISTRICT** | : | |

**ORDER**

**AND NOW,** this 22nd day of November, 2016, upon receipt of a Notice of Withdrawal of Appearance by Glenn H. Stephens, Esquire on behalf of Plaintiff, Anthony Lyn Stevenson, Sr., **IT IS HEREBY ORDERED** that Attorney Stephens **must** still appear at the contempt hearing scheduled for **Friday, December 9, 2016 at 10:00 a.m.** before the Honorable Jeffrey L. Schmehl at the Madison Building, 400 Washington Street, Reading, Pennsylvania.

Failure to appear will result in the Court dispatching a United States marshal to bring Attorney Stephens before the Court.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**