IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LYN STEVENSON, SR<br>Plaintiff, | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 15-5933 <br> : |
| GREAT VALLEY SCHOOL DISTRICT<br>Defendant. | : <br> : <br> : <br> : |

## DEFENDANT'S MOTION FOR SANCTIONS
## AGAINST GLENN H. STEPHENS, ESQ.

Defendant, Great Valley School District ("GVSD"), by and through its undersigned counsel, hereby moves this Honorable Court for an entry of an Order of sanctions against Plaintiff's counsel, Glenn H. Stephens, Esq., under 28 U.S.C § 1927 and the inherent powers of the Court, for the reasons set forth at length in the supporting Memorandum of Law, which is incorporated herein by reference.

                                                 WISLER PEARLSTINE, LLP

                                                 By: s/ Michael D. Kristofco
                                                 **MICHAEL D. KRISTOFCO, ESQUIRE**
                                                 PA Bar Nos. 73148
                                                 460 Norristown Road, Suite 110
                                                 Blue Bell, PA  19422
                                                 (610) 825-8400
                                                 *Attorneys for Defendant,*
                                                 *Great Valley School District*

Dated:  December 8, 2016

{01351590 }