# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LYN STEVENSON, SR. | : CIVIL ACTION |
| | : |
| v. | : NO. 15-5933 |
| | : |
| GREAT VALLEY SCHOOL DISTRICT | : |

## O R D E R

**AND NOW,** this 16th day of January, 2019, it is **ORDERED** that:

1. The Defendant's motion for summary judgment [ECF 126] is **GRANTED**.

2. Judgment is **ENTERED** in favor of the Defendant and against the Plaintiff.

3. The Plaintiff's motion to consolidate cases [Doc. 129] is **DENIED** as moot.

4. The Clerk is **DIRECTED** to mark this case closed.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**